UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SHERYL LE CRIPPS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. WADE K. JENSEN, MD; AND CNOS/SIOUXLAND SURGERY CENTER,<br><br>　　　　　Defendants. | 4:14-CV-04091-VLD<br><br>ORDER |

　　　Pending is Plaintiff Sheryl Le Cripps' Motion to Dismiss (Doc. 39) which requests she be permitted to voluntarily dismiss this case. Defendants have no objection to the motion (Doc. 40). Accordingly, it is hereby

　　　ORDERED that Plaintiff's Sheryl Le Cripps' Motion to Dismiss (Doc. 39) is GRANTED and the case is dismissed without prejudice pursuant to FED. R. CIV. P. 41(a)(2).

　　　DATED this 9th day of October, 2015.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VERONICA L. DUFFY
　　　　　　　　　　　　　　　　United States Magistrate Judge